No. 71–959. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–971. FISONS LTD. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–974. CONRAD, EXECUTRIX *v.* JUDSON ET AL. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 71–988. VAUGHN *v.* HUFNAGEL, EXECUTOR, ET AL. Ct. App. Ky. Certiorari denied.

No. 71–996. SNOOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–1004. GENERAL TEAMSTERS LOCAL UNION No. 528 ET AL. *v.* ALLIED FOODS, INC. Sup. Ct. Ga. Certiorari denied.

No. 71–1018. MALONEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1029. REISMAN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 71–1033. GREAT DANE TRAILERS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 71–1034. EMBRY *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–1037. SILVERTRUST, EXECUTOR, ET AL. *v.* REDKE. Sup. Ct. Cal. Certiorari denied.